Martha G. Bronitsky
Chapter 13 Standing Trustee
24301 Southland Dr #200
Hayward, CA 94545-1541
(510) 266- 5580
13trustee@oak13.com

Trustee for Debtor(s)



Entered on Docket
August 13, 2009
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed: August 13, 2009

_____
EDWARD D. JELLEN
U.S. Bankruptcy Judge
_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In Re

William C Laube

Chapter 13 Case Number:
09-44543-EDJ13

Debtors(s)

CONFIRMATION ORDER AFTER MEETING OF CREDITORS

1. The Meeting of Creditors having been concluded on August 06, 2009
2. Upon consideration of the papers filed in this case, any testimony given at the Confirmation Hearing (s), any argument of counsel,
3. The Court makes the following findings:
   a. The Plan complies with the provisions of Chapter 13 Title 11, United States Code;
   b. The Debtor has paid the filing fee in full in this case;
   c. The Plan has been proposed in good faith and not by any means forbidden by law;
   d. The value, as of the effective date of the Plan, of property to be distributed under the Plan on account of each allowed unsecured claim is not less than the amount that would be paid on such claim if the estate of the Debtor were liquidated under Chapter 7 of this Title on such date;
   e. With respect to each allowed secured claim provided for by the Plan;
      i. The Holder of such claim has accepted the Plan; or
      ii. (A) The Plan provides that the holder of such claim retain the lien securing such claim; and
          (B) The value, as of the effective date of the Plan, of property to be distributed under the Plan on account of such claim is not less than the allowed amount of such claim; or
      iii. The Debtor surrenders the property securing such claim to such holder; and
   f. The Debtor will be able to make all payments under the Plan and to comply with the Plan.

4. GOOD CAUSE APPEARING
   a. IT IS ORDERED that the Debtor(s) Plan (or Amended Plan) filed on June 12, 2009 is confirmed.

   b. IT IS FURTHER ORDERED that the future income of the Debtor(s) is submitted to the supervision and control of the Trustee, as is necessary for the execution of the Plan (or Amended Plan).

END OF ORDER

## COURT SERVICE LIST

William C Laube
5428 Pleasant Hill Rd.
Pleasanton,CA 94588

(Debtor(s))

Sarah Lampi Little Atty
1276 A Street
Hayward,CA 94541-2926

(Counsel for Debtor)